Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Angelena R. Cassady

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANGELENA R. CASSADY, an
individual;

               Plaintiff

v.

UNION ADJUSTMENT CO., INC, a
corporation; ZEE LAW GROUP, P.C.,
a professional corporation; and DOES 1
through 10 inclusive,

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Civil Case No.:  C 07 5405 SI**

**PROOF OF SERVICE OF
SUMMONS AND COMPLAINT
ON DEFENDANT UNION ZEE
LAW GROUP, P.C**

On November 2, 2007 Defendant Zee Law Group, P.C. was served with the summons and complaint by Scott Frankel by personal delivery upon Crystal Orona, the agent for service. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Dated 11/9/2007

_____/S/ Mary G. Thompson_____
Mary G. Thompson, Attorney for Plaintiff

1