Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Angelena R. Cassady

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELENA R. CASSADY, an individual;<br><br>            Plaintiff<br><br>v.<br><br>UNION ADJUSTMENT CO., INC, a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10 inclusive, | **Civil Case No.:  C 07 5405 SI**<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNION ADJUSTMENT CO., INC** |

    On November 2, 2007 Defendant Union Adjustment Co. was served with the summons and complaint by James Figueroa by personal delivery upon Nathan Rubinfeld, the agent for service. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

    Dated 11/9/2007

_____/S/ Mary Thompson_____
Mary G. Thompson, Attorney for Plaintiff

1