1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   kaminskid@cmtlaw.com
2  MICHAEL P. LAVIGNE, ESQ., (SBN#216538)
   lavignem@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ZEE LAW GROUP, P.C.

7

8              UNITED STATES DISTRICT COURT

9   FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 ANGELENA R. CASSADY, an         ) CASE NO. C 07 5405 SI
   individual;                     )
12                                 ) [Complaint Filed: 10/23/07]
               Plaintiff,          )
13                                 ) **STIPULATION TO EXTEND TIME TO**
       vs.                         ) **ANSWER COMPLAINT**
14                                 )
   UNION ADJUSTMENT CO., INC., a   ) Judge: Hon. Susan Illston
15 corporation; ZEE LAW GROUP, P.C., a ) Courtroom 10
   professional corporation; and DOES 1 )
16 through 10, inclusive,          )
                                   )
17             Defendants.         )
                                   )
18                                 )
                                   )
19

05683.00:140157                     1
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT   CASE NO. C 07 5405 SI

1  IT IS HEREBY STIPULATED between Plaintiff, ANGELENA R. CASSADY, and Defendants
2  UNION ADJUSTMENT CO., INC., and ZEE LAW GROUP, P.C., through their respective
3  counsel that:
4  Defendants shall have until December 21, 2007 to file and serve their responsive pleadings to
5  Plaintiff's Complaint.

7  DATED: December 13, 2007                CARLSON & MESSER LLP

9                                          By _____
10                                          David J. Kaminski, Esq.
                                            Michael P. Lavigne, Esq.
11                                          Attorneys for Defendant,
                                            ZEE LAW GROUP, P.C.

13  DATED: December 14, 2007               ELLIS, COLEMAN, POIRIER,
                                           LAVOIE & STEINHEIMER, LLP
15                                         By _____
16                                          Mark E. Ellis, Esq.
                                            Attorneys for Defendant,
17                                          UNION ADJUSTMENT CO., INC.

18  DATED: December 14, 2007               LAW OFFICES OF ERIC F. FAGAN

20                                         By _____
                                            Mary G. Thompson, Esq.
21                                          Attorneys for Plaintiff,
                                            ANGELENA R. CASSADY

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                                                  ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Blvd., Ste. 1214, Los Angeles, California 90045.

On **December 14, 2007**, I served the foregoing document described as: **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL)

I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ (BY FACSIMILE)

I transmitted via telecopier machine such document to the offices of the addressees. Executed on this, at Los Angeles, California.

☐ (PERSONAL SERVICE)

I had said documents delivered by hand delivery by to the offices of addressee.

☒ (State)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **14th** day of **December, 2007**, at Los Angeles, California.

*/s/ Deborah A. Nash*
Deborah A. Nash

05639.00:135620                                                     -1-

<u>Angelina R. Cassidy v. Union adjustment Co., Inc.</u>
Our File No. 05683.00

| | |
|---|---|
| Eric F. Fagan, Esq.<br>Mary G. Thompson, Esq.<br>Law Offices of Eric F. Fagan<br>2300 Boswell Road, Suite 211<br>Chula Vista, CA 91914<br>Phone: (619) 656-6656 | Attorney for Plaintiff,<br>**ANGELENA R. CASSIDY** |
| Mark Ewell Ellis, Esq.<br>**ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER**<br>555 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Phone: (916) 283-8820<br>Fax: (916) 283-8821<br>Phone: (916) 283-8822 (direct dial) | Attorney for Defendant,<br>**UNION ADJUSTMENT** |

05639.00:135620                                        -2-