| | |
|---|---|
| Mary G. Thompson (SBN 249200) | David Leas (SBN 238326) |
| LAW OFFICES OF ERIC F. FAGAN | ELLIS, COLEMAN, POIRIER, LAVOIE, |
| 2300 Boswell Rd. Suite 211 | & STEINHEIMER LLP |
| Chula Vista, CA. 91914 | 555 University Avenue, Suite 200 East |
| mt@efaganlaw.com | Sacramento, CA 95825 |
| Phone: 619-656-6656; Fax: 775-898-5471 | dleas@ecplslaw.com |
| Attorney for Plaintiff | Phone: 916-283-8820; Fax: 916-283-8821 |
| | Attorney for Defendant Union Adjustment Co. |

David J. Kaminski (SBN 128509)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
kaminskid@cmtlaw.com
Phone: 310-242-2200; Fax: 310-242-2222
Attorney for Defendant Zee Law Group, P.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA R. CASSADY, an individual; | Case No.: C 07-5405 SI |
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| UNION ADJUSTMENT CO., INC, a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10 inclusive, | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 AND ADR L.R. 3-5:

1

1  The parties agree to participate in the following ADR process: Mediation (ADR L.R.
2  6)
3
4  The parties agree to hold the ADR session by the presumptive deadline, 90 days from
5  the date of the order referring the case to an ADR process.
6
7
8  Dated 1/17/08                LAW OFFICES OF ERIC F. FAGAN
9
10                              /s/
11                              Mary G. Thompson, Attorney for Plaintiff
12
13  Dated 1/17/08               CARLSON & MESSER LLP
14
15                              David J. Kaminski /BZ
16                              David J. Kaminski, Attorney for Defendant Zee Law
                                Group
17
18  Dated 1/17/08               ELLIS, COLEMAN, POIRIER, LAVOIE,
                                & STEINHEIMER LLP
19
20                              /s/
21                              David Leas, Attorney for Defendant Union
                                Adjustment Co.
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation. The deadline for the ADR session will be 90 days from the date of this order.

IT IS SO ORDERED

Dated: _____

_____
Susan Illston, United States District Judge