| | |
|---|---|
| Mary G. Thompson (SBN 249200) | David Leas (SBN 238326) |
| LAW OFFICES OF ERIC F. FAGAN | ELLIS, COLEMAN, POIRIER, LAVOIE, |
| 2300 Boswell Rd. Suite 211 | & STEINHEIMER LLP |
| Chula Vista, CA. 91914 | 555 University Avenue, Suite 200 East |
| mt@efaganlaw.com | Sacramento, CA 95825 |
| Phone: 619-656-6656; Fax: 775-898-5471 | dleas@ecplslaw.com |
| Attorney for Plaintiff | Phone: 916-283-8820; Fax: 916-283-8821 |
| | Attorney for Defendant Union Adjustment Co. |

David J. Kaminski (SBN 128509)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
kaminskid@cmtlaw.com
Phone: 310-242-2200; Fax: 310-242-2222
Attorney for Defendant Zee Law Group, P.C.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA R. CASSADY, an individual; | Case No.: C 07-5405 SI |
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| UNION ADJUSTMENT CO., INC, a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10 inclusive, | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 AND ADR L.R. 3-5:

1

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS

1  |    The parties agree to participate in the following ADR process: Mediation (ADR L.R.
2  | 6)
3  |
4  |    The parties agree to hold the ADR session by the presumptive deadline, 90 days from
5  | the date of the order referring the case to an ADR process.

Dated 1/17/08                LAW OFFICES OF ERIC F. FAGAN

                             ___/s/ M_____
                             Mary G. Thompson, Attorney for Plaintiff

Dated 1/17/08                CARLSON & MESSER LLP

                             ___David J. Kaminski /BZ_____
                             David J. Kaminski, Attorney for Defendant Zec Law
                             Group

Dated 1/17/08                ELLIS, COLEMAN, POIRIER, LAVOIE,
                             & STEINHEIMER LLP

                             _____
                             David Leas, Attorney for Defendant Union
                             Adjustment Co.

2

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS

1  [PROPOSED] ORDER

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation.
3  The deadline for the ADR session will be 90 days from the date of this order.

4

5  IT IS SO ORDERED

6

7  Dated: _____

8  _____
9  Susan Illston, United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28