Jeremy S. Golden (SBN 228007)
Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Angelena R. Cassady

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELENA R. CASSADY, an individual; <br><br> Plaintiff <br> v. <br><br> UNION ADJUSTMENT CO., INC, a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10 inclusive, | **Civil Case No.:  C 07 5405 SI** <br><br> **REQUEST TO APPEAR TELEPHONICLY TO CASE MANAGEMENT CONFERENCE** <br><br> Time: 2:00 PM <br> Date: February 1, 2008 <br> Judge: Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Because counsel for the plaintiff ANGELENA R. CASSADY is located in Chula Vista, California, Jeremy S. Golden, counsel for Plaintiff respectfully requests to be allowed to appear at the February 1, 2008, Case Management Conference via telephone from his office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

//

1  Respectfully submitted,

3      Dated 1/29/2008
                                    __ Jeremy S. Golden _____
4                                   Jeremy S. Golden, Attorney for Plaintiffs

7      The Court hereby grants the request for Jeremy S. Golden to appear at the above-mentioned Case Management Conference telephonically.

9  Date:_____                        _____
                                             The Hon. Susan Illston

2

REQUEST TO APPEAR TELEPHONICLY TO CASE MANAGEMENT CONFERENCE