1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4
   Attorneys for Defendants,
5  UNION ADJUSTMENT CO., INC, a corporation; and
   ZEE LAW GROUP, P.C.
6

7

8                    UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11  ANGELENA R. CASSADY, an           )  CASE NO. C 07 5405 SI
    individual,                       )
12                                    )  [Complaint Filed: 10/23/07]
                  Plaintiff,          )
13                                    )  NOTICE RE TELEPHONIC
            vs.                       )  APPEARANCE BY DEFENDANT ZEE
14                                    )  LAW GROUP, P.C. AT CASE
    UNION ADJUSTMENT CO., INC., a     )  MANAGEMENT CONFERENCE
15  corporation; ZEE LAW GROUP, P.C., a )
    professional corporation; and DOES 1 )  DATE:      February 1, 2008
16  through 10, inclusive,            )  TIME:      2:00 p.m.
                                      )  Courtroom: 10
17                Defendants.         )
                                      )  Judge: Hon. Susan Illston
18                                    )
                                      )
19                                    )
                                      )
20  ─────────────────────────────

21

22      TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR

23  ATTORNEYS OF RECORD:

24      Pursuant to authority from Judge Illston's Court Clerk on January 28, 2008, the Court Clerk

25  has granted counsel for Zee Law Group, P.C. permission to appear telephonically at the above-

26  mentioned Case Management Conference. The Court Clerk will initiate the telephone call to

27  ///

28  ///

─────────────────────────────
05683.00:141313                          1
                    Notice Re: Telephonic Appearance                    CASE NO. C 07 5405 SI

1  Michael P. Lavigne at CARLSON & MESSER LLP, 5959 W. Century Boulevard, Suite 1214, Los
2  Angeles, CA 90045 at his direct dial telephone number of (310) 242-2215.
3
4
5  DATED: January 29, 2008                    CARLSON & MESSER LLP
6
7                                             By  /s/ David J. Kaminski
8                                                 David J. Kaminski, Esq.
                                                  Attorneys for Defendants,
9                                                 UNION ADJUSTMENT CO., INC.,
                                                  a corporation; and ZEE LAW GROUP, P.C.

05683.00:141313

2

**Notice Re: Telephonic Appearance**                    CASE NO. C 07 5405 SI