**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/1/08

Case No.   C-07-5405 SI            Judge:   SUSAN ILLSTON

Title: CASSADY  -v- UNION

Attorneys: J. Golden          M. Levine, D. Leas

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD BY PHONE

2)   

3)   

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **5/16/08     @ 2:30 p.m.** for Further Case Management Conference

Case continued to **10/31/08     @ 9:00 a.m.**   for Motions
(Motion due **9/26/081**, Opposition **0/10/08** Reply **10/17/08**)

Case continued to **12/2/08    @ 3:30 p.m.** for Pretrial Conference

Case continued to **12/15/08   @ 8:30 a.m.** for Trial (jury:4  Days)
Discovery Cutoff: 9/17/08  Designate Experts by: 7/17/08, Rebuttal Experts:8/8/08, Expert Discovery Cutoff:9/17/08

ORDERED AFTER HEARING:
The mediation session shall be completed by the end of April 2008.

CC: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/1/08

Case No.   C-07-5405 SI          Judge:   SUSAN ILLSTON

Title: CASSADY  -v- UNION

Attorneys: J. Golden        M. Levine, D. Leas

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD BY PHONE

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **5/16/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **10/31/08    @ 9:00 a.m.**   for Motions
(Motion due **9/26/081**, Opposition **0/10/08** Reply **10/17/08**)

Case continued to **12/2/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **12/15/08    @ 8:30 a.m.**  for Trial (jury:4  Days)
Discovery Cutoff: 9/17/08  Designate Experts by: 7/17/08, Rebuttal Experts:8/8/08, Expert Discovery Cutoff:9/17/08

ORDERED AFTER HEARING:
The mediation session shall be completed by the end of April 2008.

CC: ADR