IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELENA R. CASSADY,                         No. C 07-05405 SI

          Plaintiff,                    **PRETRIAL PREPARATION ORDER**

  v.

UNION ADJUSTMENT CO. INC.,

          Defendant.

_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 16, 2008 at  2:30 p.m.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 17, 2008.

DESIGNATION OF EXPERTS: 7/17/08; REBUTTAL: 8/8/08.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 9/17/08.

DISPOSITIVE MOTIONS **SHALL** be filed by September 26, 2008;

     Opp. Due October 10, 2008;  Reply Due October 17, 2008;

     and set for hearing no later than October 31, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 2, 2008 at 3:30 PM.

JURY TRIAL DATE: December 15, 2008 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation session shall be completed by the end of April 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                    _____
                                    SUSAN ILLSTON
                                    United States District Judge

**United States District Court**
For the Northern District of California