1  Mark E. Ellis - 127159
   David B. Leas - 238326
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA 95825
   Telephone:  (916) 283-8820
4  Facsimile:  (916) 283-8821

5  Attorneys for Defendant
   UNION ADJUSTMENT COMPANY, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 ANGELENA CASSADY,                    Case No.: C 07 5405 SI

12         Plaintiff,                   [PROPOSED] ORDER GRANTING
                                        REQUEST BY UNION ADJUSTMENT
13 v.                                   COMPANY FOR ITS CARRIER
                                        REPRESENTATIVE TO APPEAR AT
14 UNION ADJUSTMENT COMPANY, INC., et al. MEDIATION SESSION VIA
                                        TELEPHONE STANDBY
15         Defendants.

16

17
        The Court hereby grants Defendant Union Adjustment Company's request and orders that its
18
   carrier representative is excused from personal appearance at the April 24, 2008 mediation session.
19
   Union Adjustment Company's carrier is required to be immediately available by telephone for the
20
   duration of the mediation session.
21
        IT IS SO ORDERED.
22

23
   Date: 4-9-, 2008
24                                      WAYNE D. BRAZIL
                                        Magistrate Judge
25                                      United States District Court

26

27

28
                                              - 1 -

[PROPOSED] ORDER GRANTING REQUEST BY UNION ADJUSTMENT COMPANY FOR ITS CARRIER
REPRESENTATIVE TO APPEAR AT MEDIATION SESSION VIA TELEPHONE STANDBY