Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Angelena R. Cassady

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA R. CASSADY, an individual; ) ) ) Plaintiff ) v. ) ) UNION ADJUSTMENT CO., INC, a ) corporation; ZEE LAW GROUP, P.C., ) a professional corporation; and DOES 1) through 10 inclusive, ) ) ) ) ) | **Civil Case No.:  C 07 5405 SI** **REQUEST TO APPEAR TELEPHONICALLY TO CASE MANAGEMENT CONFERENCE** Time: 2:30 PM Date: May 16, 2008 Judge: Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Because counsel for the plaintiff ANGELENA R. CASSADY is located in Chula Vista, California, Mary G. Thompson, counsel for Plaintiff respectfully telephonically requests to be allowed to appear at the May 16, 2008, Case Management Conference via telephone from her office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

//

//

1
2  Respectfully submitted,
3
4      Dated 4/15/2008
5                                    __Mary G. Thompson_____
                                     Mary G. Thompson, Attorney for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28