Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Angelena R. Cassady

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA R. CASSADY, an individual; <br><br> Plaintiff <br> v. <br><br> UNION ADJUSTMENT CO., INC, a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10 inclusive, | **Civil Case No.:  C 07 5405 SI** <br><br> **PROPOSED ORDER** <br><br><br> Time: 2:30 PM <br> Date: May 16, 2008 <br> Judge: Susan Illston |

    The Court hereby grants the request for Mary G. Thompson to appear at the above-mentioned Case Management Conference telephonically.

Date:_____                              _____
                                                                         The Hon. Susan Illston

1

PROPOSED ORDER