1  Mary G. Thompson (SBN 249200)
2  Law Offices of Eric F. Fagan
3  2300 Boswell Rd., Suite 211
   Chula Vista, CA  91914
4  mt@efaganlaw.com
5  Phone: 619-656-6656 Fax: 775-898-5471
6  Attorney for Plaintiff Angelena R. Cassady

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA R. CASSADY, an individual;  )<br>)<br>        Plaintiff  )<br>v.  )<br>)<br>UNION ADJUSTMENT CO., INC, a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10 inclusive,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  | **Civil Case No.:  C 07 5405 SI**<br><br>**PROPOSED ORDER**<br><br>Time: 2:30 PM<br>Date: May 16, 2008<br>Judge: Susan Illston |

The Court hereby grants the request for Mary G. Thompson to appear at the above-mentioned Case Management Conference telephonically.

Date:_____                    _____
                                        The Hon. Susan Illston

1

PROPOSED ORDER