1  DAVID J. KAMINSKI (SBN #128509)
   kaminskid@cmtlaw.com
2  MICHAEL P. LAVIGNE (SBN#216538)
   lavignem@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ZEE LAW GROUP, P.C.

7

8             UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 ANGELENA R. CASSADY, an           ) CASE NO. C 07 5405 SI
   individual;                       )
12                                   ) [Complaint Filed:  10/23/07]
                  Plaintiff,         )
13                                   ) [PROPOSED] ORDER GRANTING
        vs.                          ) REQUEST BY ZEE LAW GROUP, P.C. TO
14                                   ) APPEAR AT MEDIATION VIA
   UNION ADJUSTMENT CO., INC., a     ) TELEPHONIC STANDBY
15 corporation; ZEE LAW GROUP, P.C., a)
   professional corporation; and DOES 1) Judge: Hon. Susan Illston
16 through 10, inclusive,            ) Courtroom 10
                                     )
17                Defendants.        )
                                     )
18                                   )
19                                   )
20                                   )
21                                   )
22                                   )
23                                   )

24      The Court hereby grants Defendant ZEE LAW GROUP's written request and orders that

25 its representative is excused from personal appearance at the April 24, 2008 mediation session.

26 Zee Law Group's representative is required to be immediately available by telephone for the

27 duration of the mediation session.

28 /// Dated: April 17, 2008

    _____
    Wayne D. Brazil
    United States Magistrate Judge

05683.00:143633

1

C075405SI

[PROPOSED] ORDER