# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Cassady,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Union Adjustment Co., Inc.,<br><br>　　　　Defendant(s). | No. C 07-05405 SI MED<br><br>**Certification of ADR Session** |

_Instructions_: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __4/24/08__

2. Did the case settle?　　☐ fully　　☐ partially　　☑ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☑ YES　　☐ NO

    _Although parties asked for possible future session._

Dated: __4/24/08__　　　　_____
　　　　　　　　　　　　　　Mediator, Carol L. Woodward
　　　　　　　　　　　　　　San Mateo County Counsel's Office
　　　　　　　　　　　　　　400 County Center, 6th Floor
　　　　　　　　　　　　　　Redwood City, CA 94063

**Certification of ADR Session**
07-05405 SI MED