**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/16/08

Case No.   C-07-5405 SI          Judge:   SUSAN ILLSTON

Title: CASSADY  -v-  UNION

Attorneys: J. Golden          M. Lavign , D. Leas

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD BY PHONE
2)
3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to

Case continued to

Case continued to   for Pretrial Conference

Case continued to     for Trial (jury:4  Days)

ORDERED AFTER HEARING:
The Court extended the filing deadline for the pretrial filings to 11/25/08.  Oppositions to motions in-limine shall be filed and served on 11/28/08.

Further mediation with Carol Woodward shall occur during the first three weeks of November 2008.

Counsel shall inform the Court of the exact date of the mediation session.

Cc: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/16/08

Case No.   C-07-5405 SI          Judge:   SUSAN ILLSTON

Title: CASSADY  -v- UNION

Attorneys: J. Golden         M. Lavign , D. Leas

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD BY PHONE
2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                      PART

Case continued to

Case continued to

Case continued to   for Pretrial Conference

Case continued to    for Trial (jury:4  Days)

ORDERED AFTER HEARING:
The Court extended the filing deadline for the pretrial filings to 11/25/08.  Oppositions to motions in-limine shall be filed and served on 11/28/08.

Further mediation with Carol Woodward shall occur during the first three weeks of November 2008.

Counsel shall inform the Court of the exact date of the mediation session.

Cc: ADR