Jeremy S. Golden (SBN 228007)
Law Offices of Eric F Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA  91915
Efagan@efaganlaw.com
Phone 619-656-6656  Fax 775-898-5471
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA R. CASSADY, an individual; <br><br> Plaintiff <br><br> v. <br><br> UNION ADJUSTMENT CO., INC, a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10 inclusive, | Civil Case No.:  C07 5404 SI <br><br> **APPLICATION FOR ENTRY OF JUDGMENT** |

COMES NOW the Plaintiff in the above-entitled matter, by and through her attorney, Jeremy S. Golden hereby applies to the Court for a Entry of Judgment.  In support of this Application, Plaintiff shows the Court as follows:

1. Defendants Zee Law Group, P.C. "Defendant" has have ordered to allow a judgment in favor of Plaintiff to be entered against them in the amount of $7,500.00.  In addition, Defendant has offered to allow a judgment for Plaintiff's reasonable costs and reasonable attorney fees incurred in this litigation to be entered against in an amount as agreed to between counsel for the parties, or if they are unable to agree as determined by the Court.

2. Plaintiff has accepted Defendant Offer of Judgment.  See Exhibit A.

1

3. Plaintiff proposes that she be allowed a period of time not exceed 15 days from the entry of judgment to file and serve a Motion for Attorney Fees and Costs. Thereafter, Defendant be allowed 15 days to respond to Plaintiff's motion. Thereafter, Plaintiff then be allowed 10 days to reply. Thereafter, the Court could set the matter for a hearing, should the Court so desire

4. Application is hereby made for an Entry of Judgment consistent with the terms of Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68. A proposed Entry of Judgment is attached for the Court's consideration.

WHEREFORE, Plaintiff prays that the Court enter and Entry of Judgment in this matter.

Dated: August 22, 2008

                __/S/ Jeremy S. Golden_____
                Jeremy S. Golden, Attorney for Plaintiff