1  DAVID J. KAMINSKI (SBN #128509)
   kaminskid@cmtlaw.com
2  MICHAEL P. LAVIGNE (SBN#216538)
   lavignem@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ZEE LAW GROUP, P.C.

7

8              UNITED STATES DISTRICT COURT

9     FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 | ANGELENA R. CASSADY, an            ) CASE NO. C 07 5405 SI
     individual;                        )
12                                      ) [Complaint Filed: 10/23/07]
                     Plaintiff,         )
13                                      ) OFFER OF JUDGMENT PURSUANT TO
         vs.                            ) FEDERAL RULE OF CIVIL PROCEDURE
14                                      ) RULE 68
   UNION ADJUSTMENT CO., INC., a        )
15 corporation; ZEE LAW GROUP, P.C., a  )
   professional corporation; and DOES 1 )
16 through 10, inclusive,               )
                                        )
17                   Defendants.        )
                                        )
18                                      )
                                        )
19

20

21

22     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, ZEE LAW

23 GROUP, P.C. ("Defendant"), by and through its counsel, hereby offers to allow judgment to be

24 taken against Defendant and in favor of Plaintiff, as follows:

25     1.    Judgment shall be entered in the amount of $7,500.00 for Plaintiff, ANGELENA R.

26 CASSADY ("Plaintiff");

27     2.    Reasonable costs and reasonable attorney fees now accrued in connection with the

28 above-referenced action are to be added to the Judgment as against this Defendant. Said fees and

05683.00:146580                          1
         OFFER OF JUDGMENT(FED. R. CIV. P. 68)        CASE NO. C 07 5405 SI

1  costs are to be in an amount as agreed to between counsel for the parties, or if they are unable to
2  agree, as determined by the Court, upon Motion; and
3      3.    The judgment entered in accordance with this Offer of Judgment is to be in total
4  settlement of any and all claims and allegations by Plaintiff against, implicating or involving
5  Defendant, and said judgment shall have no effect whatsoever except in settlement of those claims.
6      In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff within ten
7  (10) days after service of the Offer, the Offer shall be deemed withdrawn, and any evidence of this
8  Offer will be inadmissible except in any proceeding to recover costs or attorneys' fees.
9      In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff, and the
10 Judgment finally obtained by Plaintiff, exclusive of costs and attorneys' fees is not more favorable
11 than this Offer, Plaintiff must pay her costs and attorneys' fees incurred after the date of this Offer.

13 DATED: August 12, 2008          CARLSON & MESSER LLP

                                    By _____
                                    David J. Kaminski
                                    Michael P. Lavigne
                                    Attorneys for Defendant,
                                    ZEE LAW GROUP, P.C.

05683.00:146580
                                    2
OFFER OF JUDGMENT(FED. R. CIV. P. 68)                    CASE NO. C 07 5405 SI

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045. I am employed at that address at the firm of Carlson & Messer, LLP.

On August 12, 2008, I served the foregoing document(s) described as: **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 68** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  BY MAIL: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]  BY FACSIMILE: On the date set forth below, at approximately ____ p.m., I transmitted the above document(s) from facsimile machine number (310)242-2222, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[X]  (FEDERAL) - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 12th of August, 2008, at Los Angeles, California.

*/s/ Deborah A. Nash*
Deborah A. Nash

05517.00:139169                           1

<u>Case Name</u>
**ANGELENA R. CASSIDY an individual v. UNION ADJUSTMENT CO., INC. a corporation**
Our File No. 05683.00

| | |
|---|---|
| Mary G. Thompson<br>Law Offices of Eric F. Fagan<br>2300 Boswell Rd., Suite 211<br>Chula Vista, CA 91914<br>Tel:   (619) 656-6656<br>Fax:   (775) 898-5471 | **Attorneys for Plaintiff,**<br>**ANGELENA R. CASSIDY** |
| Courtesy Copy to:<br>Mark E. Ellis, Esq.<br>Ellis, Coleman, Poirier,<br>Lavoie & Steinheimer, LLP<br>555 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Tele: (916) 283-8820<br>Fax: (916) 283-8821 | **Attorneys for Defendant,**<br>**UNION ADJUSTMENT CO., INC.** |

05517.00:139169                                            2