Jeremy S. Golden (SBN 228007)
Law Offices of Eric F Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA  91915
Efagan@efaganlaw.com
Phone 619-656-6656  Fax 775-898-5471
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA R. CASSADY, an individual; <br><br> Plaintiff <br><br> v. <br><br> UNION ADJUSTMENT CO., INC, a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10 inclusive, <br><br> Defendant. | Civil Case No.:  CV 07-5405 SI <br><br> **[PROPOSED] ENTRY OF JUDGMENT** |

    THIS MATTER comes before the Court on Plaintiff's Application for Entry of Judgment.

    The Court finds that Defendant Zee Law Group, P.C. "Defendant" has offered to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff in the sum of $7,500.00, plus court costs and reasonable attorney fees.

    The Court further finds that Plaintiff has accepted the Defendant Offer of Judgment.

The Court, having considered Defendant Offer of Judgment pursuant to Fed. R. Civ. P. 68, Plaintiff's acceptance of that Offer of Judgment, and the Court file, finds that Judgment should be, and hereby is, GRANTED in favor of the Plaintiff in this matter.

IT IS THEREFORE ORDERED that Plaintiff have and recover judgment severally against Defendant Zee Law Group, P.C. in the sum of $7,500.00, together with interest thereon at the judgment rate until paid.

IT IS FURTHER ORDERED that Plaintiff have and recover judgment and against Defendant Zee Law Group, P.C. in an amount as agreed to between counsel for the parties, or if they are unable to agree, to be determined by the Court at a later date, for reasonable costs and reasonable attorney fees incurred.

IT IS FURTHER ORDERED that Plaintiff shall submit a Motion for Attorney Fees and Costs and any desired briefing to the Court within 15 days after the entry of this Judgment.

Thereafter, Defendant Professional Collection Consultants may submit its Response, if any, to Plaintiff's Motion for Attorney Fees and Costs within 15 days after filing of Plaintiff's submission.

Thereafter, Plaintiff may submit his Reply, if any, to Defendant's Response within 10 days after the filing of Defendant's Response.

Thereafter, the Court will then determine, based on the briefs and related materials submitted by the parties, if a Hearing on the Motion will be necessary.

IT IS SO ORDERED.

Dated: _____          BY:   ___ _____
                                     UNITED STATES DISTRICT JUDGE