IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELENA R. CASSADY, | No. C 07-05405SI |
| Plaintiff, | **NOTICE** |
| v. | |
| UNION ADJUSTMENT CO. INC., | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for entry of judgment has been continued to Friday, November 7, 2008, at 9:00 a.m.

Dated: August 26, 2008                                             RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk