```
1  DAVID J. KAMINSKI (SBN #128509)
   kaminskid@cmtlaw.com
2  MICHAEL P. LAVIGNE (SBN#216538)
   lavignem@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ZEE LAW GROUP, P.C.
7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELENA R. CASSADY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNION ADJUSTMENT CO., INC., a corporation; ZEE LAW GROUP, P.C., a professional corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 07 5405 SI<br><br>[Complaint Filed: 10/23/07]<br><br>**ORDER RE: STIPULATION TO DISMISS DEFENDANT, ZEE LAW GROUP, P.C. ONLY WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

The Court has reviewed the Stipulation between Plaintiff, ANGELENA R. CASSADY and Defendant, ZEE LAW GROUP, P.C. to dismiss with prejudice the Complaint of Plaintiff ANGELENA R. CASSADY as to Defendant ZEE LAW GROUP, *only*. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the action filed by Plaintiff ANGELENA R. CASSADY against Defendant ZEE LAW GROUP, *only*, is hereby dismissed, with prejudice pursuant to FRCP 41(a)(1). No party shall recover costs after dismissal.

**IT IS SO ORDERED:**

DATED: _____

_/s/ Susan Illston_
UNITED STATES DISTRICT COURT JUDGE,
NORTHERN DISTRICT

05683.00:148590

1

[PROPOSED] ORDER RE: STIPULATION TO DISMISS CASE NO. C 07 5405 SI