Eric F. Fagan (SBN 87071)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
efagan@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Angelena R. Cassady

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANGELENA R. CASSADY, an individual; ) Civil Case No.: C 07-05405 SI
)
     Plaintiff, ) **PROPOSED ORDER**
v. )
)
UNION ADJUSTMENT CO., INC, a )
corporation; ZEE LAW GROUP, P.C., a )
professional corporation; and DOES 1 )
through 10 inclusive, )
)
     Defendants. )

    Good cause having been shown, it is hereby ordered that this action be and hereby is dismissed without prejudice.

DATE: _____     _____

                                        UNITED STATES DISTRICT COURT JUDGE